**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

In the Matter of the Care and Treatment of James Ronnie Nichols, Jr., Appellant.

Appellate Case No. 2020-001538

---

Appeal From Lexington County
Walton J. McLeod, IV, Circuit Court Judge

---

Unpublished Opinion No. 2022-UP-226
Submitted April 1, 2022 – Filed May 25, 2022

---

**APPEAL DISMISSED**

---

Appellate Defender David Alexander, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Deborah R.J. Shupe, both of Columbia, for Respondent.

---

**PER CURIAM:**  Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967) and *In re McCoy*, 360 S.C. 425, 602 S.E.2d 58 (2004).  Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**GEATHERS and HILL, JJ., and LOCKEMY, A.J., concur.**

---

[1] We decide this case without argument pursuant to Rule 215, SCACR.